IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO GAILE GUYTON,** | CIV S-02-1377 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **GAIL LEWIS,** | |
| Respondent. | |

This Court hereby grants Respondent's request for an enlargement of time to and including June 1, 2005, to complete and file a responsive pleading.

IT IS SO ORDERED:

Dated: 5/3/05

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

guyt1377.eot04