IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GAILE GUYTON,

        Petitioner,                      No. CIV S-02-1377 FCD GGH P

   vs.

GAIL LEWIS, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 7, 2005, judgment was entered.

        On April 26, 2006, petitioner filed a letter with the court stating that he has not heard from his counsel in a year. Petitioner also states that he only recently became aware that his habeas corpus petition had been denied.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to serve a copy of petitioner's April 26, 2006, letter on petitioner's counsel and David Porter, Assistant Federal Defender;

/////

/////

/////

1

2. The Clerk of the Court is directed to serve a copy of this order on petitioner at the address contained in his April 26, 2006, pleading, his counsel, and David Porter, Assistant Federal Defender.

DATED:  5/10/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

guy1377.ord