IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GAILE GUYTON,

    Petitioner,                    No. CIV S-02-1377 FCD GGH P

   vs.

GAIL LEWIS, et al.,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's June 29, 2006, motions for copies of the record and to reopen the time for filing an appeal. The background to these requests is as follows.

        Petitioner was originally represented by counsel in this action. On December 7, 2005, the court denied petitioner's habeas corpus petition and judgment was entered. Petitioner did not appeal.

        On June 5, 2006, petitioner, through counsel, filed a motion to reopen the time to file an appeal and a request to be relieved as counsel of record. On June 20, 2006, this court denied the motion to reopen the time to file an appeal and granted the request to be relieved as counsel of record.

1

1    As for petitioner's pending request for copies of court records, petitioner is
2 informed that the Clerks's Office does not provide copies of documents to parties.  Copies of
3 documents may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street,
4 Sacramento, CA 95814.  Their phone number is 916-441-4396.
5    As for petitioner's pending request to reopen the time for filing an appeal, this
6 request is denied for the same reason the court denied the motion to reopen filed by petitioner's
7 counsel on June 5, 2006.  See June 20, 2006, order.
8    Accordingly, IT IS HEREBY ORDERED that petitioner's June 29, 2006, motions
9 for records and to reopen the time for filing an appeal are denied.
10 DATED:  8/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
guy1377.app(2)

2