IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GAILE GUYTON,

          Petitioner,                No. CIV S-02-1377 FCD GGH P

   vs.

GAIL LEWIS, et al.,

          Respondents.        <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 7, 2005, judgment was entered.

          On July 17, 2006, petitioner filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b).  After reviewing the record, the court finds that petitioner's motion is without merit.

          Accordingly, IT IS HEREBY ORDERED that petitioner's July 17, 2006, motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) is denied.

DATED: November 8, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1