IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO GAILE GUYTON,

    Petitioner,                   No. CIV S-02-1377 FCD GGH P

    vs.

GAIL LEWIS, et al.,

    Respondent.                 ORDER

_____/

        Pending before the court is petitioner's December 11, 2006, request for relief from judgment pursuant to Fed. R. Civ. P. 60(b). For the following reasons, this request is disregarded.

        Petitioner was originally represented by counsel in this action. On December 7, 2005, the court denied petitioner's habeas corpus petition and judgment was entered. Petitioner did not appeal. On June 5, 2006, petitioner, through counsel, filed a motion to reopen the time to file an appeal and a request to be relieved as counsel of record. On June 20, 2006, the court denied petitioner's motion to reopen the time to file an appeal and granted counsel's request to be relieved.

        On June 29, 2006, petitioner proceeding pro se filed a motion to reopen the time for filing an appeal. On August 7, 2006, the court denied this request. On July 17, 2006,

1

1  petitioner proceeding pro se filed a motion for relief from judgment pursuant to Fed. R. Civ. P.
2  60(b).  On November 8, 2006, the court denied this motion.
3             On December 11, 2006, petitioner filed the pending second motion for relief from
4  judgment.  As demonstrated above, the court has considered several post-judgment motions in
5  this action.  Good cause does not exist to permit petitioner to continue filing post-judgment
6  motions in this court.  Accordingly, petitioner's December 11, 2006, motion for relief from
7  judgment is disregarded.  Any further motions filed by petitioner in this action shall be
8  disregarded.
9             Accordingly, IT IS HEREBY ORDERED that petitioner's December 11, 2006,
10 motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) is disregarded.
11 DATED: 12/26/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

15 guy1377.den